DAVID D. FISCHER (SBN 224900)
LAW OFFICES OF DAVID D. FISCHER, APC
5701 Lonetree Blvd. Suite 312
Rocklin, CA 95765
(916) 447-8600 - Telephone
(916) 930-6482 – Fax
davefischer@yahoo.com – E-mail

Attorney for Defendant
JOSE M. RODRIGUEZ

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>v.<br><br>FRANCISCO LOYA-SOLARZANO, ET. AL.<br><br>      Defendants. | No. 2:18-CR-00164 MCE<br><br>STIPULATION AND ORDER CONTINUING THE STATUS CONFERENCE TO JANUARY 24, 2019 AT 10:00 A.M. |

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED between the defendants:

1. Elias Hernandez-Valencia
2. Filiberto Madrigal
3. Luis Armando Rios Garcia
4. Georgina Carrillo Ayala

1

5. Jose Francisco Buenavida
6. Jose Antonio Pantoja Estrada
7. Kelly Duane Hughes
8. Jerry Curtis Foster
9. Bart Richard Hughes
10. Jose Manuel Rodriguez
11. Roberto Mercado-Rangel

by and through their undersigned defense counsel, and the United States of America, by and through its counsel, Assistant U.S. Attorney James Conolly, that the status conference presently set for October 18, 2018, should be continued to January 24, 2019, at 10:00 a.m. and that time under the Speedy Trial Act should be excluded from October 18, 2018 through January 24, 2019.

The reason for the continuance is that the parties received 415 pages of numbered discovery and 6 DVDs containing other materials. The defense needs additional time to prepare for trial. The continuance is necessary to ensure continuity of counsel. Accordingly, the time between October 18, 2018, and January 24, 2019, should be excluded from the Speedy Trial calculation pursuant to Title 18, States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Defense counsel for the defendants and AUSA James Conolly have authorized Mr. Fischer to sign this pleading for them.

Dated: October 12, 2018

by: U.S. ATTORNEY
/s/ David D. Fischer for
JAMES CONOLLY
Assistant U.S. Attorney
Attorney for Plaintiff

Dated: October 12, 2018        /s/ David D. Fischer for
                               MICHAEL PETRIK, JR.
                               Attorney for Defendant
                               Elias Hernandez-Valencia

Dated: October 12, 2018        /s/ David D. Fischer for
                               TONI WHITE
                               Attorney for Defendant
                               Filiberto Madrigal

Dated: October 12, 2018        /s/ David D. Fischer for
                               PETER KMETO
                               Attorney for Defendant
                               Luis Armando Rios Garcia

Dated: October 12, 2018        /s/ David D. Fischer for
                               TASHA CHALFANT
                               Attorney for Defendant
                               Georgina Carrillo Ayala

Dated: October 12, 2018        /s/ David D. Fischer for
                               OLAF HEDBERG
                               Attorney for Defendant
                               Jose Francisco Buenavida

Dated: October 12, 2018        /s/ David D. Fischer for
                               DINA SANTOS
                               Attorney for Defendant
                               Jose Antonio Pantoja Estrada

Dated: October 12, 2018        /s/ David D. Fischer for
                               MICHAEL LONG
                               Attorney for Defendant
                               Kelly Duane Hughes

Dated: October 12, 2018        /s/ David D. Fischer for
                               ETAN ZAITSU
                               Attorney for Defendant
                               Jerry Curtis Foster

Dated: October 12, 2018                    /s/ David D. Fischer for
                                           ALIN CINTEAN
                                           Attorney for Defendant
                                           Bart Richard Hughes

Dated: October 12, 2018                    /s/ David D. Fischer
                                           DAVID D. FISCHER
                                           Attorney for Defendant
                                           Jose M. Rodriguez

Dated: October 12, 2018                    /s/ David D. Fischer for
                                           CLEMENTE JIMENEZ
                                           Attorney for Defendant
                                           Roberto Mercado-Rangel

## ORDER

IT IS SO ORDERED.

Dated: October 16, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE