TONI H. WHITE (SBN 210119)
ATTORNEY AT LAW
P.O. BOX 1081
El Dorado, CA. 95623
(530) 885-6244
Fax (530) 885-8245

Attorney for Defendant
FILIBERTO MADRIGAL

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Francisco Loya-Solarzano, et al<br><br>　　　　Defendants. | No. 2:18-CR-00164 MCE<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE UNTIL APRIL 4, 2019 AT 10:00 A.M.** |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED between the defendants:

1. Elias Hernandez-Valencia
2. Filiberto Madrigal
3. Luis Armando Rios Garcia
4. Georgina Carrillo Ayala
5. Jose Francisco Buenavida
6. Jose Antonio Pantoja Estrada
7. Kelly Duane Hughes
8. Jerry Curtis Foster

1

9. Bart Richard Hughes

10. Jose Manuel Rodriguez

11. Roberto Mercado-Rangel

by and through their undersigned defense counsel, and the United States of America, by and through its counsel, Assistant U.S. Attorney James Conolly, that the status conference presently set for January 24, 2019, should be continued to April 4, 2019, at 10:00 a.m. and that time under the Speedy Trial Act should be excluded from January 24, 2019 through April 4, 2019.

The reason for the continuance is that the parties received 415 pages of numbered discovery and 6 DVDs containing other materials. Defense counsel needs additional time to continue to review discovery, communicate with the Government and their respective clients, discuss possible resolutions and prepare for trial. The continuance is necessary to ensure continuity of counsel and for defense preparation. Accordingly, the time between January 24, 2019 and April 4, 2019, should be excluded from the Speedy Trial calculation pursuant to Title 18, States Code, Section 3161(h)(7)(B)(iv) and Local Code T-4 for defense preparation. The parties stipulate that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Defense counsel for the defendants and AUSA James Conolly have authorized Ms. White to sign this pleading for them.

Dated: January 22, 2019	by:	U.S. ATTORNEY
/s/ Toni White
JAMES CONOLLY
Assistant U.S. Attorney
Attorney for Plaintiff

Dated: January 22, 2019	/s/ Toni White for
MICHAEL PETRIK, JR.
Attorney for Defendant
Elias Hernandez-Valencia

Dated: January 22, 2019

/s/ Toni White for
PETER KMETO
Attorney for Defendant
Luis Armando Rios Garcia

Dated: January 22, 2019

/s/ Toni White for
TASHA CHALFANT
Attorney for Defendant
Georgina Carrillo Ayala

Dated: January 22, 2019

/s/ Toni White for
OLAF HEDBERG
Attorney for Defendant
Jose Francisco Buenavida

Dated: January 22, 2019

/s/ Toni White for
DINA SANTOS
Attorney for Defendant
Jose Antonio Pantoja Estrada

Dated: January 22, 2019

/s/ Toni White for
MICHAEL LONG
Attorney for Defendant
Kelly Duane Hughes

Dated: January 22, 2019

/s/ Toni White for
ETAN ZAITSU
Attorney for Defendant
Jerry Curtis Foster

Dated: January 22, 2019

/s/ Toni White for
ALIN CINTEAN
Attorney for Defendant
Bart Richard Hughes

Dated: January 22, 2019

/s/ Toni White for
DAVID D. FISCHER
Attorney for Defendant
Jose M. Rodriguez

| | |
|---|---|
| Dated: January 22, 2019 | /s/ Toni White for<br>CLEMENTE JIMENEZ<br>Attorney for Defendant<br>Roberto Mercado-Rangel |
| Dated: January 22, 2019 | /s/ Toni White<br>TONI WHITE<br>Attorney for Defendant<br>Filiberto Madrigal |

## ORDER

IT IS SO ORDERED.

Dated: January 23, 2019

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE