MICHAEL D. LONG  (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for KELLY HUGHES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 18-164 MCE |
|     Plaintiff, | ) |
| | ) STIPULATION AND |
| v. | ) ORDER MODIFYING THE SCHEDULE |
| | ) FOR KELLY HUGHES' PRE-SENTENCE |
| | ) REPORT FOR A NEW SENTENCING DATE |
| KELLY HUGHES, | ) OF AUGUST 22, 2019 |
| | ) |
|     Defendant. | ) Judge: Hon. Morrison C. England, Jr. |
| ==============================) | |

Defendant Kelly Hughes is requesting a continuance of his sentencing hearing, which is presently set for May 16, 2019.  AUSA James Conolly, on behalf of the United States Attorney's Office, and USPO Erica Tatum, on behalf of the United States Probation Office, have no objection to the requested continuance.  The parties hereby stipulate to re-set the schedule for the pre-sentence report as follows:

Judgment and Sentencing Date:  August 22, 2019

Reply, or Statement of Non-Opposition:  August 15, 2019

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than:  August 8, 2019

The Presentence Report shall be filed with the Court and disclosed to counsel no later

-1-

than: August 1, 2019

Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: July 25, 2019

The proposed Presentence Report shall be disclosed to counsel no later than: July 11, 2019

Dated: May 7, 2019        Respectfully submitted,

              /s/ Michael D. Long
              MICHAEL D. LONG
              Attorney for Kelly Hughes

Dated: May 7, 2019         McGREGOR SCOTT
              United States Attorney

              /s/ James Conolly
              JAMES CONOLLY
              Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: May 8, 2019

              MORRISON C. ENGLAND, JR
              UNITED STATES DISTRICT JUDGE