MICHAEL D. LONG (CA State Bar #149475)
901 H Street, Suite 301
Sacramento, CA 95814
(916) 201-4188
Mike.Long.Law@msn.com

Attorney for KELLY HUGHES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 18-164 MCE |
|     Plaintiff, | ) |
| | ) STIPULATION AND |
|   v. | ) ORDER MODIFYING THE SCHEDULE |
| | ) FOR KELLY HUGHES' PRE-SENTENCE |
| | ) REPORT FOR A NEW SENTENCING DATE |
| KELLY HUGHES, | ) OF SEPTEMBER 12, 2019 |
| | ) |
|     Defendant. | ) Judge: Hon. Morrison C. England, Jr. |
| =============================) | |

    Defendant Kelly Hughes is requesting a continuance of his sentencing hearing to allow time for the final pre-sentence report to be completed. The hearing is presently set for August 22, 2019. AUSA James Conolly, on behalf of the United States Attorney's Office, and USPO Erica Tatum, on behalf of the United States Probation Office, have no objection to the requested continuance. The parties hereby stipulate to re-set the schedule for the pre-sentence report as follows:

    Judgment and Sentencing Date: September 12, 2019

    Reply, or Statement of Non-Opposition: September 5, 2019

    Motion for Correction of the Presentence Report shall be filed with the Court and
    served on the Probation Officer and opposing counsel no later than: August 29, 2019

The Presentence Report shall be filed with the Court and disclosed to counsel no later than: August 22, 2019

Dated: August 19, 2019        Respectfully submitted,

/s/ Michael D. Long
MICHAEL D. LONG
Attorney for Kelly Hughes

Dated: August 29, 2019        McGREGOR SCOTT
United States Attorney

/s/ James Conolly
JAMES CONOLLY
Assistant U.S. Attorney

## ORDER

Good cause having been shown and pursuant to the stipulation of the parties, the Court hereby orders that the schedule for Mr. Hughes's pre-sentence report is amended as follows:

Judgment and Sentencing Date: September 12, 2019

Reply, or Statement of Non-Opposition: September 5, 2019

Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: August 29, 2019

The Presentence Report shall be filed with the Court and disclosed to counsel no later than: August 22, 2019

IT IS SO ORDERED.

Dated: August 20, 2019

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE