**MICHAEL D. LONG**
Attorney at Law
California State Bar Number 149475
901 H Street, Suite 301
Sacramento, CA 95814
Telephone: (916) 201-4188
Facsimile: (916) 442-8299
Email:       mike.long.law@msn.com

Attorney for Defendant
KELLY HUGHES

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) Case No.: Cr.S-18-164 MCE |
| Plaintiff, | ) |
| vs. | ) **ORDER TO FILE UNDER SEAL THE** |
| | ) **MEDICAL EXHIBITS TO THE** |
| | ) **COMPASSIONATE RELEASE MOTION** |
| KELLY HUGHES, | ) |
| Defendant | ) |

## ORDER

IT IS HEREBY ORDERED that the Request to Seal Exhibits D, E, F, G, H, I, J and K -

Mr. Kelly Hughes's Medical Records – is GRANTED so that the medical information is not

available on the public docket. The records are to be provided to the Court and opposing counsel.

These documents shall remain under seal until further Order of the Court.

IT IS SO ORDERED.

Dated: August 20, 2020

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE