McGREGOR W. SCOTT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>KELLY DUANE HUGHES,<br><br>　　　　　　　　Defendant. | CASE NO. 2:18-CR-00164-MCE<br><br>STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE AND COMPASSIONATE RELEASE |

**STIPULATION**

1. Defendant Kelly Hughes filed a motion for reduction in sentence and compassionate release on August 18, 2020. Docket No. 257. The government's response was due by August 25, 2020, and any reply due September 1, 2020. Docket No. 259. Government counsel requests additional time to obtain records and draft the response brief.

2. Counsel for the defendant does not oppose this request.

///

///

///

///

///

3. Accordingly, by this stipulation, the parties now request that:

    a) The government's opposition or response to defendant's motion, Docket No. 257, be due on August 31, 2020; and

    b) The defense reply, if any, will be due on September 9, 2020.

IT IS SO STIPULATED.

McGREGOR W. SCOTT
United States Attorney

Dated: August 26, 2020

*/s/ James R. Conolly*
JAMES R. CONOLLY
Assistant United States Attorney

Dated: August 26, 2020

/s/ *Michael Long*
MICHAEL LONG
Counsel for Defendant

**ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the proposed revised briefing schedule as follows:

    a) The government's opposition or response to defendant's motion, Docket No. 257, is due on August 31, 2020;

    b) The defense reply, if any, will be due on September 9, 2020.

IT IS SO ORDERED.

Dated: August 28, 2020

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE