McGREGOR W. SCOTT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KELLY DUANE HUGHES,<br><br>Defendant. | CASE NO. 2:18-CR-00164-MCE<br><br>[SECOND] STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION FOR REDUCTION IN SENTENCE AND COMPASSIONATE RELEASE |

**STIPULATION**

1. Defendant Kelly Hughes filed a motion for reduction in sentence and compassionate release on August 18, 2020. ECF No. 257. The government's response was due by August 25, 2020, and any reply due September 1, 2020. ECF No. 259. The Court revised the briefing schedule, on August 31, 2010, following a stipulated request of the parties, to extend the government's response deadline to August 31, 2020, and Mr. Hughes' reply to September 9. ECF No. 264. On August 30, 2020, Mr. Hughes filed a supplemental brief, including details regarding his proposed release plan. ECF No. 263.

2. By this stipulation, government counsel requests additional time to gather information and draft its response brief.

3. Counsel for the defendant does not oppose this request.

4. Accordingly, by this stipulation, the parties now request that:

1

1        a)      The government's opposition or response to defendant's motion, ECF No. 257, be due on or before September 4, 2020; and

        b)      The defense reply, if any, will be due on September 14, 2020.

IT IS SO STIPULATED.

McGREGOR W. SCOTT  
United States Attorney

Dated: August 31, 2020

*/s/ James R. Conolly*  
JAMES R. CONOLLY  
Assistant United States Attorney

Dated: August 31, 2020

/s/ *Michael Long*  
MICHAEL LONG  
Counsel for Defendant  
KELLY DUANE HUGHES

**FINDINGS AND ORDER**

Based upon the stipulation and representations of the parties, the Court adopts the proposed revised briefing schedule as follows:

    a) The government's opposition or response to defendant's motion, ECF No. 257, is due on September 4, 2020;

    b) The defense reply, if any, will be due on September 14, 2020.

IT IS SO ORDERED.

Dated: September 2, 2020

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE