**MICHAEL D. LONG**
Attorney at Law
California State Bar Number 149475
901 H Street, Suite 301
Sacramento, CA 95814
Telephone: (916) 201-4188
Facsimile: (916) 442-8299
Email:      mike.long.law@msn.com

Attorney for Defendant
KELLY HUGHES

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>KELLY HUGHES,<br><br>　　　　　Defendant | Case No.: Cr.S-18-164 MCE<br><br>**ORDER TO FILE UNDER SEAL THE MEDICAL EXHIBITS TO THE COMPASSIONATE RELEASE MOTION** |

　　　IT IS HEREBY ORDERED that the Request to Seal Exhibits B, C, D, E, H, Q and R - Mr. Kelly Hughes's Medical Records and BOP Rentry Plan– is GRANTED so that the medical information is not available on the public docket. The records are to be provided to the Court and opposing counsel. These documents shall remain under seal until further Order of the Court.

　　　IT IS SO ORDERED.

Dated:  April 27, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　MORRISON C. ENGLAND, JR
　　　　　　　　　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE